THE INDIANAPOLIS, CINCINNATI, AND LAFAYETTE RAILROAD COMPANY *v.* JOHNSON.

APPEAL from the Morgan Circuit Court.

PETTIT, J.—This case, in all legal aspects, is the same as *The Indianapolis, Cincinnati, and Lafayette Railroad Co.* v. *Warner,* 35 Ind. 515, appealed from the same court, and is reversed, on the authority of that case.

The judgment is reversed, at the costs of the appellee.

*S. P. Oyler,* and *D. W. Howe,* for appellant.